UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Hunter's Manufacturing Company, Inc. d/b/a Tenpoint Crossbow Technologies, <br><br> Plaintiff, <br><br> vs. <br><br> SA Sports, LLC, <br><br> Defendant | CASE NO. 5:16-cv-03075-JRA <br><br><br> **JUDGE JOHN R. ADAMS** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendant have settled the claims and counterclaims asserted in this action, without any admission of liability on the part of either party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, and without costs, disbursements, or attorneys' fees to either party, pursuant to the parties' confidential License and Settlement Agreement. This Court will retain jurisdiction over the settlement. ECF No. 27.

Respectfully submitted,

| **EMERSON THOMSON BENNETT, LLC** | **RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER** |
|---|---|
| s/ Sergey V. Vernyuk | s/ Ray L. Weber (consent) |
| Sergey V. Vernyuk (Ohio Bar # 0089101) | Ray L. Weber (Ohio Bar # 0006497) |
| sv@etblaw.com | rlweber@rennerkenner.com |
| John M. Skeriotis (Ohio Bar # 0069263) | Laura J. Gentilcore (Ohio Bar # 0034702) |
| jms@etblaw.com | ljgentilcore@rennerkenner.com |
| 1914 Akron-Peninsula Rd. | 106 South Main Street, Suite 400 |
| Akron, Ohio 44313 | Akron, Ohio 44308 |
| (330) 434-9999 – Telephone | Telephone: (330) 376-1242 |
| (330) 434-8888 – Facsimile | Facsimile: (330) 376-9646 |
| *Attorneys for Plaintiff Hunter's Manufacturing Company, Inc. d/b/a TenPoint Crossbow Technologies* | *Attorneys for Defendant SA Sports, LLC* |

SO ORDERED:

Date: _____

                                                 John R. Adams
                                                 United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy the foregoing Joint Stipulation is being filed electronically on this 19th day of September 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                    s/ Sergey V. Vernyuk
                                                    Sergey V. Vernyuk (Ohio Bar # 0089101)
                                                    sv@etblaw.com
                                                    1914 Akron-Peninsula Rd.
                                                    Akron, Ohio 44313
                                                    (330) 434-9999 – Telephone
                                                    (330) 434-8888 – Facsimile